IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lockett, Steve | Case Number: 07 B 02677 |
|---|---|---|
| | Lockett, Brenda F | Judge: Hollis, Pamela S |
| | Printed: 1/15/08 | Filed: 2/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 3, 2007
Confirmed: May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,120.00 |  |
| Secured: |  | 5,789.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 330.49 |
| Other Funds: |  | 0.00 |
| Totals: | 6,120.00 | 6,120.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,000.00 | 0.00 |
| 2. | Auto Title Lenders Inc | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 9,000.00 | 4,823.87 |
| 4. | Credit Acceptance Corp | Secured | 16,013.24 | 774.94 |
| 5. | Consumer Portfolio Services | Secured | 4,862.53 | 190.70 |
| 6. | Marija Weeden | Secured | 24,156.60 | 0.00 |
| 7. | Chase Manhattan Mortgage Corp | Secured | 36,610.53 | 0.00 |
| 8. | Floyd's Heating And Air Conditioner | Secured | 818.10 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 129.92 | 0.00 |
| 10. | Century Ent Head Neck Surgery | Unsecured | 18.00 | 0.00 |
| 11. | Worldwide Asset Purchasing LLC | Unsecured | 23.21 | 0.00 |
| 12. | Activity Collection Svc | Unsecured | 31.37 | 0.00 |
| 13. | St James Hospital | Unsecured | 116.76 | 0.00 |
| 14. | RMI/MCSI | Unsecured | 353.12 | 0.00 |
| 15. | Midnight Velvet | Unsecured | 123.44 | 0.00 |
| 16. | Asset Acceptance | Unsecured | 41.91 | 0.00 |
| 17. | National Capital Management | Unsecured | 53.01 | 0.00 |
| 18. | I C Systems Inc | Unsecured | 55.14 | 0.00 |
| 19. | Nicor Gas | Unsecured | 27.53 | 0.00 |
| 20. | Consumer Portfolio Services | Unsecured | 232.93 | 0.00 |
| 21. | Collins Receivables | Unsecured | 28.02 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 21.59 | 0.00 |
| 23. | Commonwealth Edison | Unsecured | 410.33 | 0.00 |
| 24. | Tri State Adjustment | Unsecured | 15.20 | 0.00 |
| 25. | Internal Revenue Service | Priority | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lockett, Steve | Case Number: 07 B 02677 |
| --- | --- | --- |
| | Lockett, Brenda F | Judge: Hollis, Pamela S |
| | Printed: 1/15/08 | Filed: 2/15/07 |

| | | | |
| --- | --- | --- | --- |
| 26. | Medical Collections | Unsecured | No Claim Filed |
| 27. | Anderson Financial Network | Unsecured | No Claim Filed |
| 28. | AFNI | Unsecured | No Claim Filed |
| 29. | Cbe Group | Unsecured | No Claim Filed |
| 30. | Asset Acceptance | Unsecured | No Claim Filed |
| 31. | Americollect Inc. | Unsecured | No Claim Filed |
| 32. | Cda/Pontiac | Unsecured | No Claim Filed |
| 33. | Check Rite | Unsecured | No Claim Filed |
| 34. | Collection Company Of America | Unsecured | No Claim Filed |
| 35. | Collection Company Of America | Unsecured | No Claim Filed |
| 36. | Collection Company Of America | Unsecured | No Claim Filed |
| 37. | Check Rite | Unsecured | No Claim Filed |
| 38. | Collection Company Of America | Unsecured | No Claim Filed |
| 39. | Credit Protection Association | Unsecured | No Claim Filed |
| 40. | Credit Protection Association | Unsecured | No Claim Filed |
| 41. | Collection Company Of America | Unsecured | No Claim Filed |
| 42. | Computer Credit Service Corp | Unsecured | No Claim Filed |
| 43. | Dependon Collections Service | Unsecured | No Claim Filed |
| 44. | Diversified Collection Service | Unsecured | No Claim Filed |
| 45. | Diversified Collection Service | Unsecured | No Claim Filed |
| 46. | Drive Financial Services | Unsecured | No Claim Filed |
| 47. | Diversified Collection Service | Unsecured | No Claim Filed |
| 48. | F&W LLC | Unsecured | No Claim Filed |
| 49. | I C Systems Inc | Unsecured | No Claim Filed |
| 50. | Illinois Collection Service | Unsecured | No Claim Filed |
| 51. | Global Payments | Unsecured | No Claim Filed |
| 52. | I C Systems Inc | Unsecured | No Claim Filed |
| 53. | Dependon Collections Service | Unsecured | No Claim Filed |
| 54. | Global Payments | Unsecured | No Claim Filed |
| 55. | Illinois Collection Service | Unsecured | No Claim Filed |
| 56. | Illinois Collection Service | Unsecured | No Claim Filed |
| 57. | Illinois Collection Service | Unsecured | No Claim Filed |
| 58. | Illinois Collection Service | Unsecured | No Claim Filed |
| 59. | Diversified Collection Service | Unsecured | No Claim Filed |
| 60. | Illinois Collection Service | Unsecured | No Claim Filed |
| 61. | Illinois Collection Service | Unsecured | No Claim Filed |
| 62. | AFNI | Unsecured | No Claim Filed |
| 63. | Illinois Collection Service | Unsecured | No Claim Filed |
| 64. | Illinois Collection Service | Unsecured | No Claim Filed |
| 65. | Illinois Collection Service | Unsecured | No Claim Filed |
| 66. | Illinois Collection Service | Unsecured | No Claim Filed |
| 67. | Illinois Collection Service | Unsecured | No Claim Filed |
| 68. | Marauder Corporation | Unsecured | No Claim Filed |
| 69. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 70. | Medical Collections | Unsecured | No Claim Filed |
| 71. | M Gerald & Associates | Unsecured | No Claim Filed |
| 72. | Marauder Corporation | Unsecured | No Claim Filed |
| 73. | Medical Collections | Unsecured | No Claim Filed |
| 74. | Medical Collections | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lockett, Steve  
Lockett, Brenda F  
Printed: 1/15/08

Case Number: 07 B 02677  
Judge: Hollis, Pamela S  
Filed: 2/15/07

| # | Creditor | Type | | | |
|---|---|---|---|---|---|
| 75. | Medical Collections | Unsecured | | | No Claim Filed |
| 76. | Medical Collections | Unsecured | | | No Claim Filed |
| 77. | Medical Collections | Unsecured | | | No Claim Filed |
| 78. | Medical Collections | Unsecured | | | No Claim Filed |
| 79. | Medical Collections | Unsecured | | | No Claim Filed |
| 80. | MRSI | Unsecured | | | No Claim Filed |
| 81. | Medical Collections | Unsecured | | | No Claim Filed |
| 82. | Medical Collections | Unsecured | | | No Claim Filed |
| 83. | Medical Collections | Unsecured | | | No Claim Filed |
| 84. | Illinois Collection Service | Unsecured | | | No Claim Filed |
| 85. | MRSI | Unsecured | | | No Claim Filed |
| 86. | Medical Collections | Unsecured | | | No Claim Filed |
| 87. | MRSI | Unsecured | | | No Claim Filed |
| 88. | Medical Collections | Unsecured | | | No Claim Filed |
| 89. | Merchants Credit Guide | Unsecured | | | No Claim Filed |
| 90. | MRSI | Unsecured | | | No Claim Filed |
| 91. | MRSI | Unsecured | | | No Claim Filed |
| 92. | Mutl H Clctn | Unsecured | | | No Claim Filed |
| 93. | Mutl H Clctn | Unsecured | | | No Claim Filed |
| 94. | MRSI | Unsecured | | | No Claim Filed |
| 95. | Mutual Hospital Services/Alverno | Unsecured | | | No Claim Filed |
| 96. | Mutual Hospital Services/Alverno | Unsecured | | | No Claim Filed |
| 97. | Mutual Hospital Services/Alverno | Unsecured | | | No Claim Filed |
| 98. | Mutual Hospital Services/Alverno | Unsecured | | | No Claim Filed |
| 99. | Illinois Collection Service | Unsecured | | | No Claim Filed |
| 100. | The Bureau Inc | Unsecured | | | No Claim Filed |
| 101. | OSI Collection Svc Inc | Unsecured | | | No Claim Filed |
| 102. | OSI Collection Svc Inc | Unsecured | | | No Claim Filed |
| 103. | OSI Collection Svc Inc | Unsecured | | | No Claim Filed |
| 104. | Riscuity | Unsecured | | | No Claim Filed |
| 105. | OSI Collection Svc Inc | Unsecured | | | No Claim Filed |
| 106. | Zenith Acquisition | Unsecured | | | No Claim Filed |

$ 95,142.48        $ 5,789.51

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 330.49 |

$ 330.49

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lockett, Steve<br>Lockett, Brenda F<br>Printed:  1/15/08 | Case Number:  07 B 02677<br>Judge:  Hollis, Pamela S<br>Filed:  2/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

